

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2019

No. 04-19-00326-CV

**IN RE THJ, ET AL., CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00096
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

 This is an accelerated appeal of an order terminating the appellant's parental rights that must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record, which was due to be filed on June 14, 2019, has not been filed, and the court reporter has requested an extension of time to file the record until June 24, 2019. The request is GRANTED. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than June 24, 2019. TEX. R. APP. P. 28.4(b)(2), 35.3(c). **Further requests for extension of time will be disfavored.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2019.

KEITH E. HOTTLE,
Clerk of Court